

**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
JUDGES

# COURT OF CRIMINAL APPEALS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

Friday, October 09, 2015

Michael Mowla
Attorney at Law
P. O. Box 868
Cedar Hill, TX 75106
* DELIVERED VIA E-MAIL *

George Rankin Milner III
Milner * Finn * Price
2828 N Harwood St., Suite 1950
Dallas, TX 75201-2143
* DELIVERED VIA E-MAIL *

Charles "Chad" Baruch
3308 Grove Avenue
Dallas, TX 75204
* DELIVERED VIA E-MAIL *

L. T. Bradt
14015 Southwest Freeway
Suite 4
Sugar Land, TX 77478
* DELIVERED VIA E-MAIL *

**Re:** HILL, ALBERT G.
**CCA Nos.** PD-0019-15, PD-0020-15, PD-0021-15, PD-0022-15

Dear Counselors:

The above-styled cases are set for submission on Wednesday, November 04, 2015, at 9:00 AM.
Please notify this Court within 10 days of the date of this notice whether you will appear for oral argument.
Failure to respond constitutes waiver of oral argument
Please let us know if you have any questions.

Sincerely,

Abel Acosta, Clerk

cc: Robert Udashen (DELIVERED VIA E-MAIL)
District Attorney Dallas County (DELIVERED VIA E-MAIL)
Brett E. Ordiway (DELIVERED VIA E-MAIL)
Lisa McMinn (DELIVERED VIA E-MAIL)